# Western District of Virginia Bankruptcy Court

Kyle Prichard

September 29, 2023

Case Number – 22-50574

Adversary Number – 23-05017

## Motion to File Extension of Time to File Answer:

Defendant Kyle Prichard moves for an extension of time to file answer because I need an extra forty-five (45) days to raise funds to hire an attorney.

Kyle Prichard

*[signature]*

4269 Spotswood Trl APT2

Penn Laird VA 22846

540.435.3438

FILED HARRISONBURG, VA
U.S. BANKRUPTCY COURT
9:25 AM
SEP 29 2023
By _____ *[initials]*
Deputy Clerk