

**SIGNED THIS 2nd day of October, 2023**

*Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

In re:
**KYLE CHAPMAN PRICHARD,**
    Debtor.

**Chapter 7**
**Case No. 22-50574**

**GERARD R. VETTER,**
Acting United States Trustee for Region Four,
    Plaintiff,
v.
**KYLE CHAPMAN PRICHARD,**
    Defendant.

**Adv. P. No. 23-05017**

## ORDER

On August 30, 2023, Gerard R. Vetter, Acting U.S. Trustee for Region Four, by counsel, filed a complaint initiating the above-captioned adversary proceeding. *See* ECF Doc. No. 1. Prior to the deadline to file an answer to the complaint, Kyle Chapman Prichard, the debtor in this case and defendant in this adversary proceeding, filed a motion to extend time to file an answer. *See* ECF Doc. No. 5. In his motion, Mr. Prichard requests an additional forty-five days "to raise funds to hire an attorney" and thus requests such extension of time to file an answer.

Federal Rule of Bankruptcy Procedure 9006(b)(1) provides that "when an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of court, the court for cause shown may at any time in its discretion . . . with or without

motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed." Fed. R. Bankr. P. 9006(b)(1).  The Court finds that Mr. Prichard has show good cause why an extension of forty-five days to file an answer is appropriate in this adversary proceeding.

Accordingly, it is

**O R D E R E D**

that Mr. Prichard's motion for extension of time, ECF Doc. No. 5, is **GRANTED**.  The time to file an answer is hereby extended by forty-five days.  That is, the time within which to file an answer or other responsive motion in this adversary proceeding is extended to November 14, 2023.

Copies of this order are directed to be sent to the debtor and counsel for the plaintiff.

**End of Order**