# United States Bankruptcy Court
## Western District of Virginia

In re **Kyle Chapman Prichard**

Debtor

Case No. **22-50574**

Address **9074 Valley View Road Mc Gaheysville, VA 22840**

Chapter **7**

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): **xxx-xx-0180**

Employer's Tax Identification (EIN) No(s). (if any):

GERARD R VETTER
Plaintiff

Adv No. 23-05017

v.

KYLE CHAPMAN PRICHARD
Defendant

### ANSWER

Comes now the defendant, by counsel, and as and for his answer, states as follows:

1-10 Admit
11 Denied
12 Admit
13 Admit
14-15 Admit
16 Deny
17 Admit
18 Deny
19-22 Admit
23-24  Defendant is without sufficient information to admit or deny and therefore denies the same and demands proof thereof
25-26 Admit
27.-41  Defendant is without sufficient information to admit or deny and therefore denies the same and demands proof thereof
42 Admitted
43-44 Defendant is without sufficient information to admit or deny and therefore denies the same and demands proof thereof
45-46  Defendant admits the document exists and states the document speaks for itself.
47 Admitted
48-50 Defendant is without sufficient information to admit or deny and therefore denies the same and demands proof thereof
51 Defendant is without sufficient information to admit or deny and therefore denies the same and demands

proof thereof

52-62 Defendant is without sufficient information to admit or deny and therefore denies the same and demands proof thereof

63-67 Admitted

68-72 Denied and demand strict proof thereof

73-93 Denied and demand strict proof thereof.

Wherefore for the foregoing reasons, defendant prays that the complaint be dismissed with prejudice and that he be awarded his costs, including reasonable attorney's fees on this behalf expended and for such other and further relief as is mete and proper.

| Date | **January 5, 2024** | Signature | **/s/ Steven Shareff** |
|---|---|---|---|
| | | Name | **Steven Shareff 24323 VA** |
| | | Address | **Steven Shareff, Esquire** |
| | | | **PO Box 729** |
| | | | **Louisa, VA 23093** |
| | | | **(540) 748 2176** |
| | | | **eleban39@aol.com** |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically on the US Trustee and the Chapter 7 trustee this 5th day of January 2024

/s/ Steven Shareff